No. 619. J. M. Kellogg, Executor, Estate of Mrs. Mary H. Miles, Deceased, Plaintiff in Error, *v.*

LETITIA KING, ADMINISTRATRIX, ESTATE OF CHARLES L. KING, DECEASED. In error to the Supreme Court of the State of Mississippi. Motion to dismiss or affirm submitted October 8, 1917. Decided October 15, 1917. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of (1) *Telluride Power & Transmission Co.* v. *Rio Grande Western Ry. Co.,* 175 U. S. 639; *First National Bank* v. *Estherville,* 215 U. S. 341; (2) *Choteau* v. *Gibson,* 111 U. S. 200; *San Francisco* v. *Itsell,* 133 U. S. 65; *Wood* v. *Chesbrough,* 228 U. S. 672. *Mr. E. F. Noel* for plaintiff in error. *Mr. William H. Watkins* for defendant in error.